Robert Rae
101 Canal Street
Winchester, Massachusetts 01890

Plaintiff, in Pro Se

RECEIVED

NOV 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Robert Rae aka Robert Lilly,

Plaintiff,

v.

UNITED STATES *aka*, UNITED STATES OF AMERICA, a Federal Corporation, MS J. LYNCH, MS J. DALEY, C. SHERWOOD, and PATRICK DILLON, and PETER BOUSNAKIS,

Defendants.

Case No. 06-cv-01695-EGS

**PROOF OF SERVICE**

Fed.R.Civ.P. Rule 4(i)

I, Robert Rae, certify that on October 23, 2006 I effected service on the UNITED STATES OF AMERICA, pursuant to Fed.R.Civ.P. Rule 4(i), by mailing a copy of the issued Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" by Certified Mail, postage fully prepaid, addressed as follows:

**UNITED STATES OF AMERICA**
**United States of America**
c/o U.S. Attorney's Office
**Attn: Civil Process Clerk**
555 4th Street, NW
Washington D.C. 20530

Certified Mail No. **7004 1350 0001 3697 7706**

The Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" were delivered on October 25, 2006 (see **Exhibit A** for USPS Track & Confirm for proof of delivery).

Additionally, I sent a copy of Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" by Certified Mail, postage fully prepaid, addressed to the following:

UNITED STATES OF AMERICA
**c/o U.S. Attorney General**
U. S. Department of Justice
950 Pennsylvania Ave NW
Washington D.C. 20530-0001 Certified Mail No. **7004 1350 0001 3697 7713**

The Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" were delivered on October 25, 2006 (see **Exhibit B** for USPS Track & Confirm for proof of delivery).

Dated this ____ day of _November, 2006.

______________________________
Robert Rae, Plaintiff

ATTACHMENTS

**Exhibit A**: USPS Track & Confirm delivery to U.S. Attorney, Attn: Civil Process Clerk
**Exhibit F**: USPS Track & Confirm delivery to U.S. Attorney General


Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0001 3697 7706**
Detailed Results:

- **Delivered, October 25, 2006, 4:44 am, WASHINGTON, DC 20530**
- **Notice Left, October 25, 2006, 3:17 am, WASHINGTON, DC 20530**
- **Arrival at Unit, October 25, 2006, 1:38 am, WASHINGTON, DC 20022**
- **Acceptance, October 23, 2006, 1:53 pm, WOBURN, MA 01801**

< Back    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 1 | 1 |



USPS - Track & Confirm http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0001 3697 7713**
Detailed Results:

- **Delivered, October 25, 2006, 7:20 am, WASHINGTON, DC 20226**
- **Notice Left, October 25, 2006, 1:57 am, WASHINGTON, DC 20226**
- **Arrival at Unit, October 25, 2006, 1:50 am, WASHINGTON, DC 20022**
- **Acceptance, October 23, 2006, 1:54 pm, WOBURN, MA 01801**

Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

| EXHIBIT | PAGE | of |
| --- | --- | --- |
| B | 1 | 1 |

1 of 1 11/1/2006 10:32 AM

Robert Rae
101 Canal Street
Winchester, Massachusetts 01890

Plaintiff, in Pro Se

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Robert Rae aka Robert Lilly,

Plaintiff,

v.

UNITED STATES *aka*, UNITED STATES OF AMERICA, a Federal Corporation, MS J. LYNCH, MS J. DALEY, C. SHERWOOD, and PATRICK DILLON, and PETER BOUSNAKIS,

Defendants.

Case No. 06-cv-01695-EGS

**PROOF OF SERVICE**

Fed.R.Civ.P. Rule 4(i)(2)(A)

I, Robert Rae, certify that on October 23, 2006 I effected service on **MS J. LYNCH**, in her official capacity, pursuant to Fed.R.Civ.P. Rule 4(i)(2)(A), by mailing a copy of the issued Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" by Certified Mail, postage fully prepaid, addressed as follows:

**MS J. LYNCH**
25 New Sudbury St, Rm 375
Boston MA 02203
Certified Mail No. **7004 1350 0001 3697 7720**

The Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" were delivered on October 25, 2006 (see **Exhibit A** for USPS Track & Confirm for proof of delivery).

Additionally, I sent a copy of Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" by Certified Mail, postage fully prepaid, addressed to the following:

U.S. Attorney's Office
**Attn: Civil Process Clerk**
555 4th Street, NW
Washington D.C. 20530
Certified Mail No. **7004 1350 0001 3697 7744**

**U.S. Attorney General**
U. S. Department of Justice
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. **7004 1350 0001 3697 7737**

The Summonses, Complaints and Affidavits in Support with Exhibits "A" through "W" were delivered to the U.S. Attorney Civil Process Clerk and the U.S. Attorney General on October 25, 2006 (see **Exhibit B** for USPS Track & Confirms for proof of delivery).

Dated this ____ day of _November, 2006.

______________________
Robert Rae, Plaintiff

ATTACHMENTS

**Exhibit A**: USPS Track & Confirm delivery to U.S. Attorney, Attn: Civil Process Clerk
**Exhibit B**: USPS Track & Confirm delivery to U.S. Attorney General (2 pages)

 Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0001 3697 7720**
Detailed Results:

- **Delivered, October 25, 2006, 9:35 am, BOSTON, MA 02203**
- **Arrival at Unit, October 25, 2006, 8:35 am, BOSTON, MA 02114**
- **Acceptance, October 23, 2006, 1:49 pm, WOBURN, MA 01801**

< Back    Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs **National & Premier Accounts**

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 1 | 1 |



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0001 3697 7744**
Detailed Results:

- **Delivered, October 25, 2006, 4:44 am, WASHINGTON, DC 20530**
- **Notice Left, October 25, 2006, 3:17 am, WASHINGTON, DC 20530**
- **Arrival at Unit, October 25, 2006, 1:38 am, WASHINGTON, DC 20022**
- **Acceptance, October 23, 2006, 1:50 pm, WOBURN, MA 01801**

< Back

Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs **National & Premier Accounts**

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

| EXHIBIT | PAGE | of |
| --- | --- | --- |
| B | 1 | 2 |



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0001 3697 7737**
Detailed Results:

- **Delivered, October 25, 2006, 7:20 am, WASHINGTON, DC 20226**
- **Notice Left, October 25, 2006, 1:57 am, WASHINGTON, DC 20226**
- **Arrival at Unit, October 25, 2006, 1:50 am, WASHINGTON, DC 20022**
- **Acceptance, October 23, 2006, 1:47 pm, WOBURN, MA 01801**

< Back Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

| EXHIBIT | PAGE | of |
| --- | --- | --- |
| B | 2 | 2 |

Robert Rae
101 Canal Street
Winchester, Massachusetts 01890

Plaintiff, in Pro Se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Robert Rae aka Robert Lilly,

Plaintiff,

v.

UNITED STATES *aka*, UNITED STATES OF AMERICA, a Federal Corporation, MS J. LYNCH, MS J. DALEY, C. SHERWOOD, and PATRICK DILLON, and PETER BOUSNAKIS,

Defendants.

Case No. 06-cv-01695-EGS

**PROOF OF SERVICE**

Fed.R.Civ.P. Rule 4(i)(2)(A)

I, Robert Rae, certify that on October 23, 2006 I effected service on **MS J. DALEY**, in her official capacity, pursuant to Fed.R.Civ.P. Rule 4(i)(2)(A), by mailing a copy of the issued Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" by Certified Mail, postage fully prepaid, addressed as follows:

**MS J. DALEY**
7850 SW 6th Court
Stop 5180
Plantation, FL 33324-3202
Certified Mail No. **7004 1350 0001 3697 7751**

The Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" were delivered on October 25, 2006 (see **Exhibit A** for USPS Track & Confirm for proof of delivery).

Additionally, I sent a copy of Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" by Certified Mail, postage fully prepaid, addressed to the following:

U.S. Attorney's Office
**Attn: Civil Process Clerk**
555 4th Street, NW
Washington D.C. 20530
Certified Mail No. **7004 1350 0001 3697 7768**

**U.S. Attorney General**
U. S. Department of Justice
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. **7004 1350 0001 3697 7775**

The Summonses, Complaints and Affidavits in Support with Exhibits "A" through "W" were delivered to both the U.S. Attorney Civil Process Clerk and the U.S. Attorney General on October 25, 2006 (see **Exhibit B** for USPS Track & Confirms for proof of delivery).

Dated this ____ day of _November, 2006.

__________________________
Robert Rae, Plaintiff

ATTACHMENTS

**Exhibit A**: USPS Track & Confirm delivery to U.S. Attorney, Attn: Civil Process Clerk
**Exhibit B**: USPS Track & Confirm delivery to U.S. Attorney General (2 pages)



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0001 3697 7751**
Detailed Results:

- **Delivered, October 25, 2006, 11:45 am, FORT LAUDERDALE, FL 33324**
- **Arrival at Unit, October 25, 2006, 10:58 am, FORT LAUDERDALE, FL 33318**
- **Acceptance, October 23, 2006, 1:52 pm, WOBURN, MA 01801**

< Back Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 1 | 1 |


Case 1:06-cv-01695-EGS Document 2 Filed 11/22/2006 Page 15 of 34

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0001 3697 7768**
Detailed Results:

- **Delivered, October 25, 2006, 4:44 am, WASHINGTON, DC 20530**
- **Notice Left, October 25, 2006, 3:17 am, WASHINGTON, DC 20530**
- **Arrival at Unit, October 25, 2006, 3:14 am, WASHINGTON, DC 20022**
- **Acceptance, October 23, 2006, 1:53 pm, WOBURN, MA 01801**

< Back    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

| EXHIBIT | PAGE | of |
|---|---|---|
| 6 | 2 | 2 |



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0001 3697 7775**
Detailed Results:

- **Delivered, October 25, 2006, 7:20 am, WASHINGTON, DC 20226**
- **Notice Left, October 25, 2006, 1:57 am, WASHINGTON, DC 20226**
- **Arrival at Unit, October 25, 2006, 1:50 am, WASHINGTON, DC 20022**
- **Acceptance, October 23, 2006, 1:52 pm, WOBURN, MA 01801**

< Back Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

| EXHIBIT | PAGE | of |
| --- | --- | --- |
| 6 | 2 | 2 |

Robert Rae
101 Canal Street
Winchester, Massachusetts 01890

Plaintiff, in Pro Se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Robert Rae aka Robert Lilly,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES *aka*, UNITED STATES OF AMERICA, a Federal Corporation, MS J. LYNCH, MS J. DALEY, C. SHERWOOD, and PATRICK DILLON, and PETER BOUSNAKIS,<br>Defendants. | Case No. 06-cv-01695-EGS<br><br>**PROOF OF SERVICE**<br><br>Fed.R.Civ.P. Rule 4(i)(2)(A) |

I, Robert Rae, certify that on October 23, 2006 I effected service on **C SHERWOOD**, in her official capacity, pursuant to Fed.R.Civ.P. Rule 4(i)(2)(A), by mailing a copy of the issued Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" by Certified Mail, postage fully prepaid, addressed as follows:

**C. SHERWOOD**
IRS National Headquarters
5000 Ellin Road
Lanham, MD 20706
Certified Mail No. **7004 1350 0001 3697 7782**

The Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" were delivered on October 25, 2006 (see **Exhibit A** for USPS Track & Confirm for proof of delivery).

Additionally, I sent a copy of Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" by Certified Mail, postage fully prepaid, addressed to the following:

U.S. Attorney's Office
**Attn: Civil Process Clerk**
555 4th Street, NW
Washington D.C. 20530
Certified Mail No. **7004 1350 0001 3697 7829**

U.S. Attorney General
U. S. Department of Justice
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. **7004 1350 0001 3697 7836**

The Summonses, Complaints and Affidavits in Support with Exhibits "A" through "W" were delivered to the U.S. Attorney Civil Process Clerk and the U.S. Attorney General on October 25, 2006 (see **Exhibit B** for USPS Track & Confirms for proof of delivery).

Dated this ____ day of _November, 2006.

______________________________
Robert Rae, Plaintiff

ATTACHMENTS

**Exhibit A**: USPS Track & Confirm delivery to U.S. Attorney, Attn: Civil Process Clerk
**Exhibit B**: USPS Track & Confirm delivery to U.S. Attorney General (2 pages)



USPS - Track & Confirm Case 1:06-cv-01695-EGS Document 2 http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do Filed 11/22/2006 Page 20 of 34

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0001 3697 7782**
Detailed Results:

- **Delivered, October 25, 2006, 12:01 pm, LANHAM, MD 20706**
- **Arrival at Unit, October 25, 2006, 9:52 am, LANHAM, MD 20706**
- **Acceptance, October 23, 2006, 1:50 pm, WOBURN, MA 01801**

< Back Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS Preserving the Trust site map contact us government services jobs National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 1 | 1 |

1 of 1 11/1/2006 10:57 AM



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0001 3697 7799**
Detailed Results:

- **Delivered, October 25, 2006, 4:44 am, WASHINGTON, DC 20530**
- **Notice Left, October 25, 2006, 3:17 am, WASHINGTON, DC 20530**
- **Arrival at Unit, October 25, 2006, 1:38 am, WASHINGTON, DC 20022**
- **Acceptance, October 23, 2006, 1:51 pm, WOBURN, MA 01801**

< Back Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

| EXHIBIT | PAGE | of |
|---|---|---|
| B | 1 | 2 |



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0001 3697 7805**
Detailed Results:

- **Delivered, October 25, 2006, 7:20 am, WASHINGTON, DC 20226**
- **Notice Left, October 25, 2006, 1:57 am, WASHINGTON, DC 20226**
- **Arrival at Unit, October 25, 2006, 1:50 am, WASHINGTON, DC 20022**
- **Acceptance, October 23, 2006, 1:51 pm, WOBURN, MA 01801**

< Back Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust
site map contact us government services jobs National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

| EXHIBIT | PAGE | of |
|---|---|---|
| B | 2 | 2 |

Robert Rae
101 Canal Street
Winchester, Massachusetts 01890

Plaintiff, in Pro Se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Robert Rae aka Robert Lilly,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES *aka*, UNITED STATES OF AMERICA, a Federal Corporation, MS J. LYNCH, MS J. DALEY, C. SHERWOOD, and PATRICK DILLON, and PETER BOUSNAKIS,<br>Defendants. | ) | Case No. 06-cv-01695-EGS<br><br>**PROOF OF SERVICE**<br><br>Fed.R.Civ.P. Rule 4(i)(2)(A) |

I, Robert Rae, certify that on October 23, 2006 I effected service on **PATRICK DILLON**, in his official capacity, pursuant to Fed.R.Civ.P. Rule 4(i)(2)(A), by mailing a copy of the issued Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" by Certified Mail, postage fully prepaid, addressed as follows:

**PATRICK DILLON**
1 Montvale Ave
Stoneham MA 02180-3567
Certified Mail No. **7004 1350 0001 3697 7812**

The Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" were delivered on October 24, 2006 (see **Exhibit A** for USPS Track & Confirm for proof of delivery).

Additionally, I sent a copy of Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" by Certified Mail, postage fully prepaid, addressed to the following:

U.S. Attorney's Office
**Attn: Civil Process Clerk**
555 4th Street, NW
Washington D.C. 20530
Certified Mail No. **7004 1350 0001 3697 7829**

U.S. Attorney General
U. S. Department of Justice
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. **7004 1350 0001 3697 7836**

The Summonses, Complaints and Affidavits in Support with Exhibits "A" through "W" were delivered to the U.S. Attorney Civil Process Clerk and the U.S. Attorney General on October 25, 2006 (see **Exhibit B** for USPS Track & Confirms for proof of delivery).

Dated this ____ day of _November, 2006.

______________________________
Robert Rae, Plaintiff

ATTACHMENTS

**Exhibit A**: USPS Track & Confirm delivery to U.S. Attorney, Attn: Civil Process Clerk
**Exhibit B**: USPS Track & Confirm delivery to U.S. Attorney General (2 pages)



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0001 3697 7812**
Detailed Results:

- **Delivered, October 24, 2006, 11:34 am, STONEHAM, MA 02180**
- **Arrival at Unit, October 24, 2006, 8:56 am, STONEHAM, MA 02180**
- **Acceptance, October 23, 2006, 1:47 pm, WOBURN, MA 01801**

< Back Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

 UNITED STATES
POSTAL SERVICE

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0001 3697 7829**
Detailed Results:

- **Delivered, October 25, 2006, 4:44 am, WASHINGTON, DC 20530**
- **Notice Left, October 25, 2006, 3:17 am, WASHINGTON, DC 20530**
- **Arrival at Unit, October 25, 2006, 1:38 am, WASHINGTON, DC 20022**
- **Acceptance, October 23, 2006, 1:46 pm, WOBURN, MA 01801**

< Back Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy




Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0001 3697 7836**
Detailed Results:

- **Delivered, October 25, 2006, 7:20 am, WASHINGTON, DC 20226**
- **Notice Left, October 25, 2006, 1:57 am, WASHINGTON, DC 20226**
- **Arrival at Unit, October 25, 2006, 1:50 am, WASHINGTON, DC 20022**
- **Acceptance, October 23, 2006, 1:48 pm, WOBURN, MA 01801**

< Back Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS Preserving the Trust site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

.

Robert Rae
101 Canal Street
Winchester, Massachusetts 01890

Plaintiff, in Pro Se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Robert Rae aka Robert Lilly,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES *aka*, UNITED STATES OF AMERICA, a Federal Corporation, MS J. LYNCH, MS J. DALEY, C. SHERWOOD, and PATRICK DILLON, and PETER BOUSNAKIS,<br>Defendants. | Case No. 06-cv-01695-EGS<br><br>**PROOF OF SERVICE**<br><br>Fed.R.Civ.P. Rule 4(i)(2)(A) |

I, Robert Rae, certify that on October 23, 2006 I effected service on PETER BOUSNAKIS in his official capacity, pursuant to Fed.R.Civ.P. Rule 4(i)(2)(A), by mailing a copy of the issued Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" by Certified Mail, postage fully prepaid, addressed as follows:

**PETER BOUSNAKIS**
1 Montvale Avenue
Stoneham, MA 02180-3567
Certified Mail No. **7004 1350 0001 3697 7843**

The Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" were delivered on October 24, 2006 (see **Exhibit A** for USPS Track & Confirm for proof of delivery).

Additionally, I sent a copy of Summons, Complaint and Affidavit in Support with Exhibits "A" through "W" by Certified Mail, postage fully prepaid, addressed to the following:

U.S. Attorney's Office
**Attn: Civil Process Clerk**
555 4th Street, NW
Washington D.C. 20530
Certified Mail No. **7004 1350 0001 3697 7850**

U.S. Attorney General
U. S. Department of Justice
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. **7004 1350 0001 3697 7867**

The Summonses, Complaints and Affidavits in Support with Exhibits "A" through "W" were delivered to the U.S. Attorney Civil Process Clerk and the U.S. Attorney General on October 25, 2006 (see **Exhibit B** for USPS Track & Confirms for proof of delivery).

Dated this ____ day of _November, 2006.

______________________________
Robert Rae, Plaintiff

ATTACHMENTS

**Exhibit A**: USPS Track & Confirm delivery to U.S. Attorney, Attn: Civil Process Clerk
**Exhibit B**: USPS Track & Confirm delivery to U.S. Attorney General (2 pages)



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0001 3697 7843**
Detailed Results:

- **Delivered, October 24, 2006, 11:34 am, STONEHAM, MA 02180**
- **Arrival at Unit, October 24, 2006, 8:56 am, STONEHAM, MA 02180**
- **Acceptance, October 23, 2006, 1:48 pm, WOBURN, MA 01801**

< Back   Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 1 | 1 |


Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0001 3697 7850**
Detailed Results:

- **Delivered, October 25, 2006, 4:44 am, WASHINGTON, DC 20530**
- **Notice Left, October 25, 2006, 3:17 am, WASHINGTON, DC 20530**
- **Arrival at Unit, October 25, 2006, 1:38 am, WASHINGTON, DC 20022**
- **Acceptance, October 23, 2006, 1:46 pm, WOBURN, MA 01801**

< Back Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS Preserving the Trust site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

| EXHIBIT | PAGE |
|---|---|
| B | 1 |

2



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0001 3697 7867**
Detailed Results:

- **Delivered, October 25, 2006, 7:20 am, WASHINGTON, DC 20226**
- **Notice Left, October 25, 2006, 1:57 am, WASHINGTON, DC 20226**
- **Arrival at Unit, October 25, 2006, 1:50 am, WASHINGTON, DC 20022**
- **Acceptance, October 23, 2006, 1:45 pm, WOBURN, MA 01801**

< Back Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

| EXHIBIT | PAGE | of |
|---|---|---|
| B | 2 | 2 |