IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT RAE, | ) |
| | ) |
| Plaintiff, | ) No. 1:06-cv-01695(EGS) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: January 10, 2007.

                                              Respectfully submitted,

                                              /s/ Beatriz T. Saiz
                                              BEATRIZ T. SAIZ
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 227
                                              Ben Franklin Station
                                              Washington, DC 20044
                                              Phone/Fax: (202) 307-6585/514-6866
                                              Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on January 9, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Robert Rae
>101 Canal Street
>Winchester, MA 01890

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ