RECEIVED
JAN 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert Rae
c/o 101 Canal St.
Winchester, Massachusetts [01890]
(617) 729-0040

Plaintiff, *in pro se*

RECEIVED
JAN 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Rae a.k.a. Robert Lilly, ) | Case No. 06-cv-01695-EGS |
| ) | |
| Plaintiff, ) | **REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES** |
| v. ) | |
| UNITED STATES, et al. ) | Fed.R.Civ.P 6(b) |
| Defendants. ) | |

Comes now Robert Rae, Plaintiff in the above-referenced matter, pursuant to Fed.R.Civ.P. 6(b) requests an enlargement of time to respond to the motion to dismiss for the following good cause as:

1. Plaintiff has never requested an extension of time in this matter.

2. Plaintiff is not an attorney and currently has no counsel or legal assistance.

3. Because of the complexity of the Defendants' motion to dismiss, especially the memorandum of points and authorities in support, much research must be done not only in federal procedures, but also researching case law to prepare a adequate answer to said motion, which must also have a supporting memorandum of points and authorities.

4. Plaintiff has been working hard in his research, but needs an extension of time to respond properly prepare his response to the motion and points and authorities.

WHEREFORE, Robert Rae requests a 30-day extension of time to respond to the motion and points and authorities.

Respectfully submitted.

Dated this 29 day of January 2007.

_____
Robert Rae, Plaintiff

## CERTIFICATE OF SERVICE

I Robert Rae, certify that I served a copy of the above Request for Enlargement of Time to Respond to Motion to Dismiss and Memorandum of Points and Authorities and Order on the following:

Beatriz T. Saiz
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 227
Washington, DC 20044
On this 29 day of January 2007.

_____
Robert Rae

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Rae a.k.a. Robert Lilly, ) | Case No. 06-cv-01695-EGS |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, et al. ) | |
| ) | |
| Defendants. ) | |

Upon review of Plaintiff's request for enlargement of time, having been properly served upon Defendant, and for good cause, **IT IS HEREBY ORDERED** that Plaintiff's request for enlargement is **GRANTED**. Robert Rae shall file his response to the motion and points and authorities within 30 days from the date of this Order.

Dated:

_____
U.S. District Court of Columbia, Judge/Magistrate

1