**RECEIVED**

APR 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert Rae, Plaintiff
c/o 3 Linden Street
Sommerville, Massachusetts [02143]

Plaintiff, *in pro se*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Rae a.k.a. Robert Lilly, ) | Case No. 06-cv-01695-EGS |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF CHANGE OF ADDRESS |
| vs. ) | |
| ) | |
| UNITED STATES  UNITED STATES ) | |
| OF AMERICA, a Federal Corporation, MS J. ) | |
| LYNCH, MS J. DALEY, C. SHERWOOD, ) | |
| PATRICK DILLON and PETER ) | |
| BOUSNAKIS, ) | |
| Defendants. | |

NOTICE IS HEREBY GIVEN:

ALL future documents and papers of any kind regarding the above-entitled action for Robert Rae must be mailed to the new location listed below.

PREVIOUS mailing address: c/o 101 Canal St., Winchester, Massachusetts [01890]

**NEW mailing address as of March 19, 2007 is as follows: Robert Rae, c/o 3 Linden Street, Sommerville, Massachusetts [02143]**

Please make the appropriate and necessary changes for purposes of insuring that all future correspondence may be is timely and without delay.

On this 22 day of March, 2007

/s/: _____
Robert Rae, Plaintiff
c/o 3 Linden Street
Sommerville, Massachusetts [02143]

## CERTIFICATE OF SERVICE

I, Robert Rae, certify that on this ____ day of March 2007, I mailed a true copy of the

**NOTICE OF CHANGE OF ADDRESS** by certified mail addressed as follows:

BEATRIZ T. SAIZ, Trial Attorney
U.S. DOJ, Tax Division
PO Box 227
Ben Franklin Sta.
Washington D.C. 20044
Certified Mail No. _EQ 603 556 332 US._

/s/: _____
Robert Rae, Plaintiff

NOTICE OF ADDRESS CHANGE       - 2 -       Robert Rae, Plaintiff