**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
Robert Rae aka Robert Lilly,   )
                               )
            Plaintiff,         )
                               )  Civ. Act. No. 06-1695 (EGS)
      v.                       )
                               )
UNITED STATES aka, UNITED STATES )
OF AMERICA, a Federal Corporation, )
MS J. LYNCH, MS J. DALEY,      )
C. SHERWOOD, and PATRICK DILLON, )
and PETER BOUSNAKIS,           )
                               )
            Defendants.        )
_____)
```

**ORDER**

For the reasons articulated in the Court's memorandum opinion issued on January 4, 2008, it is hereby

**ORDERED** that [4] the government's Motion to Dismiss is **GRANTED**; and it is

**FURTHER ORDERED** that the plaintiff's claims are **DISMISSED with prejudice**. This is a final appealable order. *See* Fed. R. App. P. 4(a); and it is

**FURTHER ORDERED** that [9] plaintiff's Motion to Strike [7] the government's reply to its motion to dismiss is **DENIED AS MOOT**.

SO ORDERED.

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**January 4, 2008**